LOUIS BARBATO v. ALSAN MASONRY AND CONCRETE, INC.

August 30, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. JOHN S. HIBBARD.

September 18, 1973. Petition for certification denied.

CARL T. MITNICK v. TOWNSHIP COUNCIL
OF THE TOWNSHIP OF CHERRY HILL.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GERALD ALLEN.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RAPHAEL HILDEVERT.

September 18, 1973. Petition for certification denied.

JOHN O'GRADY v. ENGELHARD INDUSTRIES DIVISION.

September 18, 1973. Petition for certification denied.